AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SPARKS, SAM | DISTRICT COURTS--Texas Western | 05/15/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE ARTICLE III JUDGE | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse<br>200 West Eighth St., Suite 100<br>Austin, Texas 78701-2333 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Trial Lawyers | March 4-7, 2010 | Palm Springs, CA | Speech | Transportation, meals, lodging |
| 2. | American College of Trial Lawyers | Sept. 23-26, 2010 | Washington, DC | Speech | Transportation, meals, lodging, registration fee |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Condominium (20% [redacted] | | None | L | T | | | | | |
| 2. | | | | | | | | | |
| 3. CASH ACCOUNTS: | | | | | | | | | |
| 4. American Bank of Commerce | B | Interest | M | T | | | | | |
| 5. Chase Bank of Texas Accounts | A | Interest | M | T | | | | | |
| 6. RBC Prime Money Market Fund (formerly Dain Rauscher account | C | Dividend | M | T | | | | | |
| 7. Frost Bank | A | Interest | M | T | | | | | |
| 8. | | | | | | | | | |
| 9. STOCKS: | | | | | | | | | |
| 10. Occidental Petroleum | A | Dividend | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. BONDS: | | | | | | | | | |
| 13. Allen TX ISD GO | A | Interest | | | Redeemed | 02/16/10 | J | A | Market |
| 14. Allen TX ISD GO | A | Interest | | | Redeemed | 02/16/10 | J | A | Market |
| 15. Austin TX Community College | B | Interest | K | T | | | | | |
| 16. Austin Tx GO | A | Interest | K | T | | | | | |
| 17. Austin TX Higher Ed Auth | A | Interest | | | Redeemed | 08/02/10 | J | A | Market |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only) S =Assessment                T =Cash Market
   (See Column C2)            U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Barbers Hill TX GO | A | Interest | K | T | | | | | |
| 19. Baytown Tx GO | B | Interest | K | T | | | | | |
| 20. Bexar Cnty Tx GO | A | Interest | K | T | | | | | |
| 21. Brazosport TX ISD | A | Interest | K | T | | | | | |
| 22. Canadian River Mun. Tx. Rv. | B | Interest | | | Redeemed | 03/04/10 | K | A | Market |
| 23. Canyon TX ISD GO | A | Interest | K | T | | | | | |
| 24. Carrollton TX GO | A | Interest | | | Redeemed | 08/16/10 | K | A | Market |
| 25. Cedar Hill TX ISD | A | Interest | J | T | | | | | |
| 26. Cedar Park TX Util Sys | B | Interest | | | Redeemed | 08/16/10 | K | A | Market |
| 27. Collin Co. TX GO | B | Interest | K | T | | | | | |
| 28. Columbia & Brazoria GO | B | Interest | K | T | | | | | |
| 29. Comal TX ISD | A | Interest | J | T | | | | | |
| 30. Comal TX ISD | A | Interest | J | T | | | | | |
| 31. Crowley TX ISD GO | A | Interest | K | T | | | | | |
| 32. Crowley TX ISD GO | A | Interest | K | T | | | | | |
| 33. Cypress-Fairbanks TX ISD | A | Interest | K | T | | | | | |
| 34. Dallas Cnty Tx Comnty College | A | Interest | K | T | Buy | 02/23/10 | K | | Market |

1. Income Gain Codes:        A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
    (See Columns B1 and D4)   F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
    (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment              T =Cash Market
    (See Column C2)          U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Dallas TX GO | A | Interest | J | T | | | | | |
| 36. Dallas TX ISD | A | Interest | K | T | | | | | |
| 37. Dallas TX ISD | A | Interest | K | T | | | | | |
| 38. Dallas TX ISD | A | Interest | J | T | | | | | See note in VIII. |
| 39. Del Valle TX ISD | A | Interest | K | T | | | | | |
| 40. Del Valle TX ISD GO | A | Interest | K | T | | | | | |
| 41. Denton TX Util. Sys. | A | Interest | K | T | | | | | |
| 42. Dickinson TX ISD GO | B | Interest | | | Redeemed | 02/16/10 | K | A | Market |
| 43. Duncanville TX ISD | A | Interest | K | T | | | | | |
| 44. Eagle Mtn. & Saginaw GO | A | Interest | K | T | | | | | |
| 45. El PasoTX GO | A | Interest | K | T | | | | | |
| 46. Ft. Worth TX ISD | A | Interest | K | T | Buy | 02/22/10 | K | | Market |
| 47. Ft. Worth TX ISD GO | A | Interest | K | T | | | | | |
| 48. Frisco TX ISD GO | A | Interest | K | T | Buy | 02/22/10 | K | | Market |
| 49. Galveston TX Wtrwks | A | Interest | K | T | | | | | |
| 50. Goose Creek TX Cons Indpt | A | Interest | K | T | | | | | |
| 51. Grapevine TX GO | A | Interest | | | Redeemed | 08/16/10 | J | A | Market |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Harlandale TX ISD GO | A | Interest | J | T | | | | | |
| 53. Harris Cnty TX G/O RFDG | A | Interest | K | T | Buy | 08/04/10 | K | | Market |
| 54. Hawkins TX ISD GO | A | Interest | K | T | | | | | |
| 55. Houston TX RFDG Pub Impt | A | Interest | L | T | | | | | |
| 56. Humble TX ISD | A | Interest | K | T | | | | | |
| 57. Irving TX Wtr Wk Swr | A | Interest | K | T | | | | | |
| 58. La Joya TX ISD | A | Interest | J | T | Buy | 08/04/10 | J | | Market |
| 59. Lampasas TX ISD | A | Interest | L | T | | | | | |
| 60. Lancaster TX ISD GO | A | Interest | K | T | | | | | |
| 61. La Vernia TX ISD | A | Interest | K | T | | | | | |
| 62. Leander TX ISD GO | A | Interest | K | T | | | | | |
| 63. Lindale TX ISD GO | A | Interest | J | T | | | | | |
| 64. Lower Colo. Riv. Auth. Tex. Rev. | A | Interest | L | T | | | | | |
| 65. Lubbock TX Elec. Lt & Pwr. | A | Interest | | | Redeemed | 10/15/10 | J | A | Market |
| 66. Lubbock TX GO | A | Interest | K | T | | | | | |
| 67. Lufkin TX Wtrwks | A | Interest | J | T | | | | | |
| 68. McKinney TX ISD | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Meridan TX ISD GO | A | Interest | J | T | | | | | |
| 70. New Braunfels TX ISD | A | Interest | K | T | | | | | |
| 71. New Braunfels TX Util Rev | A | Interest | K | T | | | | | |
| 72. New Caney TX ISD GO | A | Interest | K | T | | | | | |
| 73. North East ISD Tex | A | Interest | K | T | Buy | 02/22/10 | K | | Market |
| 74. North Forest ISD GO | A | Interest | J | T | | | | | |
| 75. Northwest TX ISD | A | Interest | J | T | | | | | |
| 76. Orange TX GO | A | Interest | K | T | | | | | |
| 77. Pearland TX ISD GO | A | Interest | K | T | | | | | |
| 78. Pflugerville TX GO | A | Interest | K | T | | | | | |
| 79. Plano TX GO | A | Interest | K | T | | | | | |
| 80. Plano TX GO BDS | A | Interest | L | T | | | | | |
| 81. Richardson TX ISD | A | Interest | J | T | | | | | |
| 82. Roma TX ISD G/O | A | Interest | K | T | Buy | 08/10/10 | K | | Market |
| 83. Sam Rayburn TX Mun Pwr | A | Interest | J | T | | | | | |
| 84. San Angelo TX GO | A | Interest | K | T | | | | | |
| 85. San Antonio TX Rev | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. San Marcos TX GO PSF | A | Interest | K | T | | | | | |
| 87. Sealy TX ISD GO | A | Interest | K | T | | | | | |
| 88. Seguin TX GO | B | Interest | K | T | | | | | |
| 89. Sheldon TX ISD GO | A | Interest | J | T | | | | | |
| 90. SOCORRO Tex ISD G/O | A | Interest | K | T | Buy | 08/06/10 | K | | Market |
| 91. Southlake TX GO | A | Interest | | | Redeemed | 05/27/10 | K | A | Market |
| 92. Splendora TX ISD | A | Interest | K | T | | | | | |
| 93. Texas St GO | A | Interest | K | T | | | | | |
| 94. UT Austin Rev. | B | Interest | K | T | | | | | |
| 95. Williamson Cnty TX Rd | A | Interest | K | T | | | | | |
| 96. | | | | | | | | | |
| 97. DAIN, RAUSCHER IRA: | | | | | | | | | |
| 98. American Balance | E | Dividend | L | T | Buy | 01/20/10 | K | | |
| 99. Bristol Myers Squibb Co. | B | Dividend | K | T | | | | | |
| 100. Chevron-Texaco Corp. | D | Dividend | N | T | | | | | |
| 101. Friede Goldman Halter | | None | J | T | | | | | |
| 102. Genitope Corp. | | None | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Gov't Nat'l MTG Assn. II Pool 3663 | B | Interest | K | T | | | | | |
| 104. Gov't Nat'l MTG Assn. II Pool 622080 | B | Interest | K | T | | | | | |
| 105. Gov't Nat'l MTG Assn. II Pool 3700 | C | Interest | L | T | | | | | |
| 106. Gov't Nat'l MTG Assn. II Pool 3709 | C | Interest | L | T | | | | | |
| 107. Gov't Nat'l MTG Assn. II Pool 3772 | B | Interest | L | T | | | | | |
| 108. Gov't Nat'l MTG Assn. II Pool 3664 | C | Interest | M | T | | | | | |
| 109. Gov't Nat'l MTG Assn. II Pool 3747 | D | Interest | M | T | | | | | |
| 110. Govt Natl MTG Assn II Pool #1 (Reassigned Pool 579546) | A | Interest | J | T | | | | | |
| 111. Govt Natl MTG Assn II Pool #2 (Reassigned Pool 3228) | A | Interest | J | T | | | | | |
| 112. Govt Natl MTG Assn II Pool #3 (Reassigned Pool 3542) | A | Interest | K | T | | | | | |
| 113. Govt Natl MTG Assn II Pool #4 (Reassigned Pool 3554) | A | Interest | K | T | | | | | |
| 114. Govt Natl MTG Assn II Pool #5 (Reassigned Pool 3556) | D | Interest | N | T | | | | | |
| 115. Govt Natl MTG Assn II Pool #6 (Reassigned Pool 003595) | C | Interest | M | T | | | | | |
| 116. Govt Natl Mtg Assn Pool #3851 | D | Interest | M | T | | | | | |
| 117. Govt Natl Mrg Assn Pool #003830 | C | Interest | K | T | | | | | |
| 118. Govt Natl Mtg Assn Pool #003795 | B | Interest | K | T | | | | | |
| 119. Halliburton | A | Dividend | K | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
  (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
  (See Column C2)           U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ISHARES Trust Barclay Treasury Bonds | A | Interest | M | T | Buy (add'l) | 09/30/10 | M | | Market. See note in VIII. |
| 121. Spanish Broadcasting, Inc. | | None | J | T | | | | | |
| 122. Steris Corp. | B | Dividend | K | T | | | | | |
| 123. RBC Prime Money Market Fund-formerly Tamarack Investment FDS | A | Interest | J | T | | | | | |
| 124. | | | | | | | | | |
| 125. MISCELLANEOUS: | | | | | | | | | |
| 126. LRF Limited Pship | A | Royalty | J | W | | | | | |
| 127. | | | | | | | | | |
| 128. ▨▨▨ SEPARATE PROPERTY | | | | | | | | | |
| 129. EDWARD JONES -- | | | | | | | | | |
| 130. Capital Income Builder Fund | B | Dividend | L | T | | | | | |
| 131. Goldman Sachs Cap-A | | None | J | T | | | | | |
| 132. Growth Fund of Am. | A | Dividend | L | T | | | | | |
| 133. Tax Exempt Bond Fd of Am | E | Interest | K | T | | | | | |
| 134. Van Kampen Comstock | | None | J | T | | | | | |
| 135. | | | | | | | | | |
| 136. BENIFICIARY-CB&T Trustee IRA ▨ | C | Distribution | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  American Mutual Fund Inc | A | Dividend | K | T | | | | | |
| 138.  Bond Fund of American Inc | A | Dividend | K | T | | | | | |
| 139.  Capital World Growth | A | Dividend | L | T | | | | | |
| 140. | | | | | | | | | |
| 141.  IRA-EDWARD JONES CUSTODIAN | | | | | | | | | |
| 142.  Hartford Cap. Appreciation CLA | D | Dividend | K | T | | | | | |
| 143.  Hartford Global Leaders CLA | D | Dividend | K | T | | | | | |
| 144.  Hartford Stock Fund CLA | D | Dividend | J | T | | | | | |
| 145.  Annuity-Sunamerican Life Insurance Polaris Variable Annuity | A | Dividend | L | T | | | | | |
| 146.  Property - DeBaca Co, New Mexico | | None | J | W | | | | | |
| 147.  Property - Brewster Co, TX | | None | J | W | | | | | |
| 148.  Royalty Interest - Upton Co, TX | A | Royalty | J | W | | | | | |
| 149.  Royalty Interest - Palo Pinto Co, TX | A | Royalty | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 38, Dallas TX ISD. Internal exchange; bond pre-refunded to call date.

Line 120, ISHARES Trust Barclay Treasury Bonds. Transactions during period 09-30-10 through 12-30-10 where earned dividend was reinvested each month.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ SAM SPARKS

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544